# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Bilfinger, Inc., | ) |
|     Plaintiff, | ) **ORDER FOR MID-DISCOVERY** |
| | ) **STATUS CONFERENCE** |
| vs. | ) |
| InDemand Industrial Services, LLC, Mark Peterson, and Brian Smith, | ) |
| | ) Case No. 1:21-cv-078 |
|     Defendants. | ) |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on November 19, 2021, at 10:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 15th day of July, 2021.

                                                     */s/ Clare R. Hochhalter*
                                                     Clare R. Hochhalter, Magistrate Judge
                                                     United States District Court